UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAWRENCE BRADLEY,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MILLER, et al.,<br><br>Defendants. | No. 2:17-cv-1834-MCE-KJN PS<br><br>ORDER |

On December 6, 2017, the assigned district judge adopted the undersigned's findings and recommendations, and dismissed the case with prejudice. (ECF No. 12.) Thereafter, on December 13, 2017, plaintiff filed tardy objections to the already-adopted findings and recommendations. (ECF No. 14.) Subsequently, on January 3, 2018, plaintiff also filed a notice of appeal accompanied by a motion to proceed *in forma pauperis* on appeal. (ECF Nos. 17, 18.)

Plaintiff's tardy objections to the already-adopted findings and recommendations are OVERRULED as untimely. Plaintiff was provided with an opportunity to file objections to the findings and recommendations within a specified period of time, and in fact submitted timely objections on November 15, 2017 (ECF No. 9), which were considered by the district judge. (ECF No. 12.)

Furthermore, plaintiff's motion to proceed *in forma pauperis* on appeal is DENIED AS

1

MOOT, because plaintiff has already been granted *in forma pauperis* status on October 27, 2017 (ECF No. 6), which continues automatically on appeal.

No further motions will be entertained in this already-closed case.

IT IS SO ORDERED.

This order resolves ECF Nos. 14 and 18.

Dated: January 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE